UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kip Haruki Tani and ) | Case No. 09 - 17880 - MER |
| Polly Ann Tani, ) | |
| ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| _____) | |
| Nancy Immel, ) | |
| ) | Adversary Proc. No: 09-1507-MER |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Kip Haruki Tani and Polly Ann Tani, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT POLLY TANI'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Plaintiff, Nancy Immel, by and through her undersigned counsel, and, pursuant to F.B.R.P. Rule 9006 (b) (1), respectfully moves this Court to allow Plaintiff an extension of time of five (5) days to respond to Defendant Polly Tani's (herein "Mrs. Tani"), Motion For Partial Summary Judgment, from July 12, 2010 until July 16, 2010.

Plaintiff's counsel has consulted with Defendants' counsel, Ms. Laurie R. Stirman, Esq., who has authorized Plaintiff's counsel to state that Defendants do not oppose the motion.

Plaintiff needs a short extension because when Mrs. Tani served her Motion on June 25, 2010, Plaintiff was in the process of evaluating her settlement position and responding to a settlement offer from Defendants. In addition, Plaintiff was completing her Supplemental Disclosures and delivering them to Defendants on June 28, 2010. Plaintiff was also completing discovery before the end of the discovery period on June 30, 2010. The July 4, 2010 holiday occurred during the response period, and one of the

witnesses Plaintiff needs an affidavit from regarding her response to Mrs. Tani's Motion was on vacation and away from Fort Collins.

In support of this motion, Plaintiff also relies on the entire record before this Court.

For all of the foregoing reasons, Plaintiff respectfully requests that her motion for a five day extension be considered and granted.

Respectfully submitted,

*Robert H. McKnight*

Robert H. McKnight, No. 39777
215 West Oak Street
Tenth Floor
Fort Collins, CO 80521
Tel. (970) 482-1056
Attorney for Nancy Immel

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was served on the Debtors on July 12, 2010 by mailing a copy to their attorney of record as follows:

>Laurie R. Stirman, Esq.
>Bell, Gould, & Scott, P.C.
>322 E. Oak Street
>Fort Collins, CO 80524

*Robert H. McKnight*
Robert H. McKnight