UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>Kip Haruki Tani and<br>Polly Ann Tani,<br><br>    Debtors. | Case No. 09 - 17880 - MER<br><br>Chapter 7 |
| Nancy Immel<br><br>    Movant<br><br>v.<br><br>Kip Haruki Tani and Polly Ann Tani,<br><br>    Defendants. | Adversary Proc. No: 09-1507-MER |

## ORDER ALLOWING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT POLLY TANI'S MOTION FOR PARTIAL SUMMARY JUDGMENT

    Plaintiff has filed a motion, pursuant to F.B.R.P. Rule 9006 (b) (1) to allow Plaintiff an extension of time of five (5) days to respond to Defendant Polly Tani's Motion For Partial Summary Judgment, from July 12, 2010 until July 16, 2010. Plaintiff's counsel has consulted with Defendants' counsel, Ms. Laurie R. Stirman, Esq., who has authorized Plaintiff's counsel to state that Defendants do not oppose the motion.

    The Court, being fully advised, hereby orders that Plaintiff's motion be granted, and Plaintiff may have until July 16, 2010 to respond to Defendant Polly Tani's Motion For Partial Summary Judgment.

DATED: July ____, 2010          BY ORDER OF THE COURT:

                                                        By:_____

                                                        United States Bankruptcy Judge