UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:  KIP HARUKI TANI and POLLY ANN TANI, | ) ) ) | Case No. 09-17880-MER |
| Debtors. | ) ) | Chapter 7 |
| _____ | ) ) ) | |
| NANCY IMMEL, | ) ) | Adv. Proc. No: 09-1507-MER |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| KIP HARUKI TANI and POLLY ANN TANI, | ) ) | |
| Defendants. | ) | |

**MOTION FOR RECONSIDERATION OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Defendant Polly Tani ("Polly Tani" or "Mrs. Tani"), by and through her counsel Bell, Gould & Scott, P.C. and respectfully requests that the Court reconsider its Order denying her Motion for Partial Summary Judgment. As grounds and reasons therefor Defendant states as follows:

The Court denied Defendant's Motion for Partial Summary Judgment on September 8, 2010. Counsel for Mrs. Tani sincerely apologizes to the Court and opposing counsel for her absence at the motions hearing. Counsel appeared twenty-five minutes late after the hearing had been concluded, and understands that the Court denied Defendants' pending motions, including the Motion for Partial Summary Judgment. Counsel certainly understands the Court's denial of

the procedural/non-substantive motions as a consequence of her failure to timely appear, but respectfully requests that the Court reconsider its order denying the Motion for Partial Summary Judgment and not penalize Mrs. Tani for Counsel's actions. The relevant legal arguments on behalf of both Plaintiff and Defendant are before the Court for its consideration, as well as all evidentiary support for purposes of F.R.C.P. 56. Therefore, it would serve the interests of the parties and judicial economy to review Mrs. Tani's Motion on its merits.

WHEREFORE, Defendant Polly Tani respectfully requests that the Court reconsider its denial of her Motion for Partial Summary Judgment.

Dated this 8th day of September, 2010.

                                  BELL, GOULD & SCOTT, P.C.

                                  By:   /s/ Laurie R. Stirman
                                  Laurie R. Stirman, #39393
                                  322 East Oak Street
                                  Fort Collins, CO 80524
                                  (970) 493-8999
                                  Fax: (970) 224-9188
                                  LStirman@bell-law.com
                                  Attorney for Defendant Polly Tani

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2010, I served the above and foregoing **MOTION FOR RECONSIDERATION OF MOTION FOR PARTIAL SUMMARY JUDGMENT** via US Mail, addressed to the following:

Robert McKnight, Esq.
215 West Oak Street, 10th Floor
Fort Collins, CO 80521

/s/ Laurie R. Stirman